1  GEOFFREY PILLER, SBN 127001
STEPHANIE L. PLATENKAMP, SBN 298913
2  LORRIE E. BRADLEY, SBN 309411

3  BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
4  Oakland, CA  94607-4051
Telephone:    (510) 625-9700
5  Facsimile:    (510) 625-8275
Email:        lbradley@beesontayer.com
6

7  Attorneys for Defendant
NALC HEALTH BENEFIT PLAN
8

## UNITED STATES DISTRICT COURT

9

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

### AT SAN FRANCISCO

11

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE, | Case No. 4:20-CV-08511-VC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO MOTION TO REMAND, REPLY, AND MOTION HEARING  AS MODIFIED |
| v. | |
| NATIONAL ASSOCIATION OF LETTER CARRIERS HEALTH BENEFIT PLAN; CIGNA HEALTH & LIFE INSURANCE COMPANY, | Hearing Date:    March 11, 2021<br>Hearing Time:    2:00 PM<br>Courtroom:        4<br>Judge:            Honorable Vince Chhabria |
| Defendants. | Complaint Filed:  August 12, 2020<br>Trial Date:        TBD |

Having reviewed the parties' Stipulated Request to extend time to file the Opposition to the

Motion to Remand and the Reply to same, and to postpone the date of the Motion hearing, and good

cause appearing, the Court HEREBY ORDERS AS FOLLOWS:

   1. Defendants shall file their Opposition to Plaintiff's Motion to Remand on or before March

      4, 2021;

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME
FOR OPPOSITION TO MOTION TO REMAND, REPLY, AND MOTION HEARING

Case No. 4:20-cv-08511-VC                                                               948691

2. Plaintiff shall file its Reply on or before March 18, 2021;

3. The hearing on Plaintiff's Motion to Remand is set for ~~March 25, 2021 at 2 pm;~~ April 1, 2021 at 2 p.m.

4. The parties shall file their initial disclosures on or before April 8, 2021;

5. The parties shall file their joint case management statement on or before ~~April 7, 2021~~; April 14, 2021

6. The subsequent case management conference shall be set for ~~April 14, 2021 at 2 p.m.~~ April 21, 2021 at 2 p.m.

IT IS SO ORDERED

Dated:  February 25, 2021

_____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME
FOR OPPOSITION TO MOTION TO REMAND, REPLY, AND MOTION HEARING

Case No. 4:20-CV-08511-VC

948692