UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGEY INSTITUTE,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL ASSOCIATION OF LETTER CARRIERS HEALTH BENEFIT PLAN, et al.,<br><br>        Defendants. | Case No. 20-cv-08511-VC<br><br>**ORDER REQUESTING CONTRACT** |

The defendants are ordered to file on the docket by 5 p.m. today, March 31, the contract between the U.S. Office of Personnel Management and the National Association of Letter Carriers Health Benefit Plan, and the contracts, if any, between Cigna and the NALC Plan/OPM.

**IT IS SO ORDERED.**

Dated: March 31, 2021

VINCE CHHABRIA
United States District Judge